SEAN K. KENNEDY (No. 145632)
Federal Public Defender
(Sean_Kennedy@fd.org)
JOHN HANUSZ (No. 277367)
Deputy Federal Public Defender
(John_Hanusz@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone (213) 894-7537
Facsimile (213) 894-0081

Attorneys for Petitioner
RICHARD JOSEPH LEIDER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICHARD JOSEPH LEIDER,<br><br>   Petitioner,<br><br>   v.<br><br>LOUIS J. MILUSNIS,<br><br>   Respondent. | No. CV 14-01351-CBM-AN<br><br>**ORDER [JS-6]** |

    IT IS HEREBY ORDERED that the above action is DISMISSED WITHOUT PREJUDICE.

DATED: April 9, 2014

_____
HON. CONSUELO B. MARSHALL
United States District Judge

Prepared by:

*/s/ John Hanusz*
Counsel for Petitioner